*Abrams, R.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/13
```

DIVISION 1181 AMALGAMATED TRANSIT   )
UNION – NEW YORK EMPLOYEES PENSION )
FUND, et. al.                       )
                                    )
             Plaintiffs,            )   Case No. 11 CV 3614
                                    )
v.                                  )
                                    )
NEW YORK CITY DEPARTMENT OF         )
EDUCATION,                          )
                                    )
             Defendant.             )
_____)

## STIPULATION OF DISCONTINUANCE

Plaintiffs, Division 1181 Amalgamated Transit Union – New York Employees Pension Fund and its Trustees and Division 1181 Amalgamated Transit Union - New York Welfare Fund and its Trustees, and Defendant, New York City Department of Education, hereby discontinue the above captioned action with prejudice and without the imposition of costs and/or attorneys fees.

Dated: 8/1/, 2013

Respectfully submitted,

MINTZ & GOLD LLP
Attorneys for Plaintiffs, the Division 1181 A.T.U. –
New York Employees Pension Fund and Division
1181 A.T.U. - New York Welfare Fund and
their Trustees

By: _____
    Jeffrey D. Pollock
    470 Park Avenue South
    New York, NY 10016
    (212) 696-4848
    pollack@mintzandgold.com

and

1

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendant New York City
Department of Education

By: _Eric P. Jewell_ /SBO (6986)

Eric P. Jewell
Assistant Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-1195
ejewell@law.nyc.gov

SO ORDERED:

_____
U.S.D.J.

Dated: 8/2/13, 2013